In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00135-CR
_____

CARL BATISTE, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 9th District Court
Montgomery County, Texas
Trial Cause No. 05-10-08801 CR

MEMORANDUM OPINION

The trial court sentenced the appellant, Carl Batiste, on March 6, 2014. Batiste filed a notice of appeal on March 12, 2014, and he filed a motion for new trial on April 7, 2014. On May 13, 2014, the trial court signed an order granting a new trial on punishment only. *See* Tex. R. App. P. 21.9(c). The order restored the case to its position after the appellant was found guilty. *Id.*

On August 20, 2014, the State filed a motion to dismiss the appeal for lack of jurisdiction. The appellant did not file a response to the State's motion to

dismiss. Because there is no final, appealable judgment, we grant the State's motion and dismiss the appeal without prejudice.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 23, 2014
Opinion Delivered September 24, 2014
Do Not Publish

Before McKeithen, C.J., Horton and Johnson, JJ.